1  PAMELA E. COGAN (SBN 105089)
   BLAKE J. RUSSUM (SBN 258031)
2  ROPERS, MAJESKI, KOHN & BENTLEY
   1001 Marshall Street, Suite 500
3  Redwood City, CA 94063-2052
   Telephone:  (650) 364-8200
4  Facsimile:  (650) 780-1701
   Email:       pcogan@rmkb.com; brussum@rmkb.com
5
   Attorneys for Defendant
6  LIBERTY LIFE ASSURANCE COMPANY OF
   BOSTON
7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11 SHEILA BUTLER,                    Case No. CV12-02844 DMG (AGRx)

12              Plaintiff,           **NOTICE OF SETTLEMENT**

13 v.

14 LIBERTY LIFE ASSURANCE
   COMPANY OF BOSTON; and DOES
15 1 through 10, inclusive,

16              Defendants.

17

18

19    **TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF**

20    **RECORD:**

21       **PLEASE TAKE NOTICE** that Plaintiff SHEILA BUTLER and Defendant

22 LIBERTY LIFE ASSURANCE COMPANY OF BOSTON have reached a

23 settlement of all claims and causes of action in the above-referenced action.  The

24 Parties are in the process of preparing the dismissal, which Defendant anticipates

25 ///

26 ///

27 ///

28 ///

RC1/6756807.1/BJR                 - 1 -              NOTICE OF SETTLEMENT
                                                     CASE NO. CV12-02844 DMG (AGRX)

*Ropers Majeski Kohn & Bentley*
*A Professional Corporation*
*Redwood City*

1    will be completed and filed within the next thirty (30) days.

2

3    Dated:  December 20, 2012          ROPERS, MAJESKI, KOHN &
                                        BENTLEY

4

5                                       By: /s/ Pamela E. Cogan
                                        PAMELA E. COGAN
6                                       Attorney for Defendant
                                        LIBERTY LIFE ASSURANCE
7                                       COMPANY OF BOSTON

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

RC1/6756807.1/BJR                - 2 -          NOTICE OF SETTLEMENT
                                                CASE NO.  CV12-02844 DMG (AGRX)

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City