1  PAMELA E. COGAN (SBN 105089)
   BLAKE J. RUSSUM (SBN 258031)
2  ROPERS, MAJESKI, KOHN & BENTLEY
   1001 Marshall Street, Suite 500
3  Redwood City, CA  94063-2052
   Telephone:  (650) 364-8200
4  Facsimile:   (650) 780-1701
   Email:       pcogan@rmkb.com; brussum@rmkb.com
5
   Attorneys for Defendant
6  LIBERTY LIFE ASSURANCE COMPANY OF
   BOSTON
7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11 SHEILA BUTLER,                      | Case No. CV12-02844 DMG (AGRx)
12             Plaintiff,              | **STIPULATION AND [PROPOSED] ORDER RE DISMISSAL OF ACTION WITH PREJUDICE**
13 v.                                  |
14 LIBERTY LIFE ASSURANCE              | Honorable Dolly M. Gee
   COMPANY OF BOSTON; and DOES
15 1 through 10, inclusive,
16             Defendants.

17

18

19     **IT IS HEREBY STIPULATED** by and between Plaintiff, SHEILA
20 BUTLER, and Defendant, LIBERTY LIFE ASSURANCE COMPANY OF
21 BOSTON, by and through their respective attorneys of record, that the above-
22 captioned action shall be, and hereby is, dismissed with prejudice as to all parties
23 and claims.  Each party shall bear its own fees and costs.
24     All signatories to this Stipulation, and on whose behalf the filing is
25 ///
26 ///
27 ///
28 ///

submitted, concur in the Stipulation's content and have authorized its filing.

**IT IS SO STIPULATED.**

Dated: February 13, 2012

ROPERS, MAJESKI, KOHN & BENTLEY

By: */s/ Pamela E. Cogan*
PAMELA E. COGAN
Attorney for Defendant
LIBERTY LIFE ASSURANCE
COMPANY OF BOSTON

Dated: February 13, 2012

LAW OFFICES OF GARY L. TYSCH

By: */s/ Gary L. Tysch*
GARY L. TYSCH
Attorney for Plaintiff,
SHEILA BUTLER