PAMELA E. COGAN (SBN 105089)
BLAKE J. RUSSUM (SBN 258031)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 500
Redwood City, CA  94063-2052
Telephone:  (650) 364-8200
Facsimile:  (650) 780-1701
Email:      pcogan@rmkb.com; brussum@rmkb.com

JS-6

Attorneys for Defendant
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEILA BUTLER,<br><br>     Plaintiff,<br><br>v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON; and DOES 1 through 10, inclusive,<br><br>     Defendants. | Case No. CV12-2844 DMG (AGRx)<br><br>**ORDER RE DISMISSAL OF ACTION WITH PREJUDICE [25]** |

**IT IS HEREBY ORDERED** that, pursuant to the parties' stipulation, the above-captioned action shall be, and herein is dismissed in its entirety with prejudice as to all parties and claims.  Each party shall bear its own fees and costs.

Dated:  February 20, 2013

_____
Dolly M. Gee
United States District Judge